STATE OF NEW JERSEY v. LONNY MC DAVITT.

April 18, 1972. Petition for certification granted. (See 118 *N. J. Super.* 77).

STATE OF NEW JERSEY v. EDWARD CLARK.

April 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ELWOOD L. MOORE.

April 18, 1972. Petition for certification denied.

CHARLES LOCKMAN v. HOMESTEAD FUEL OIL CO., INC.

April 18, 1972. Petition for certification denied.

WAYNE SAVINGS & LOAN ASSN. v.
SUBURBAN SAVINGS & LOAN ASSN., *ET AL.*

April 18, 1972. Petition for certification denied.

TOWNSHIP OF WAYNE v. ROBBIE'S, INC., *ET AL.*

April 18, 1972. Petition for certification denied. (See 118 *N. J. Super.* 129).